UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MAGALY PINARES and
MARCOS PINARES

    Plaintiffs,                          CASE No.

vs.

UNITED TECHNOLOGIES CORPORATION,
d/b/a PRATT & WHITNEY,

    Defendant.
_____/

## NOTICE OF REMOVAL

### I. INTRODUCTION

Defendant United Technologies Corporation, d/b/a Pratt & Whitney ("Pratt & Whitney") removes the action pending in the Circuit Court in and for the Fifteenth Judicial Circuit, Palm Beach County, Florida (the "State Court"), Case No. 50 2010 CA 016145 XXXXMB. The State Court is within the Southern District of Florida and within this division.

Removal is based on diversity of citizenship pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), as it is an action between citizens of different states and the amount in controversy exceeds $75,000.

### II. PROCEDURAL COMPLIANCE

This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b). Plaintiffs filed this action in the State Court on June 21, 2010, and Pratt & Whitney first received a copy of the complaint along with the summons on June 25, 2010.

Copies of the process, pleadings, orders, and other papers or exhibits on file with the

State Court are attached as **Composite Exhibit A** in compliance with 28 U.S.C. § 1446(a).

Contemporaneous with the filing of this notice of removal, Pratt & Whitney served upon Plaintiffs a notice of filing a notice of removal as required by 28 U.S.C. § 1446(d). A copy of that notice, without exhibits, is attached as **Exhibit B**. The original of that notice, with exhibits, is being filed with the Clerk of the State Court in accordance with 28 U.S.C. § 1446(d).

As Pratt & Whitney is the only defendant, no other party need consent to removal.

### III. SUMMARY OF THE GROUNDS FOR REMOVAL

**Diversity of Citizenship.** Removal is appropriate under 28 U.S.C. § 1332(a)(1) where there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

Pursuant to 28 U.S.C. § 1332(c), a defendant corporation is a citizen both of the state in which it is incorporated and the state in which it maintains its principal place of business. Plaintiffs properly allege that Pratt & Whitney is a Delaware corporation with its principal place of business at 1 Financial Plaza, Hartford, CT 06101. Complaint, ¶3. Pratt & Whitney is thus a citizen of both Delaware and Connecticut.

Plaintiffs allege that they are residents and owners of property in the Acreage community in Palm Beach County, Florida. Complaint, ¶¶1, 2. Plaintiffs have claimed the Florida homestead exemption for their property in the Acreage. The homestead is available to a resident "with a present intention of living there indefinitely." Fla. Admin. Code R. 12D-7.007(1) (2002). "Citizenship is equivalent to 'domicile' for the purposes of diversity jurisdiction." *McCormick v. Aderholt*, 293 F. 3d 1254, 1257 (11th Cir. 2002). A person's domicile is his permanent home which he plans to return to "whenever absent." *McCormick*, 293 F. 3d at 1258 (quoting *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir.1974)). Plaintiffs are thus citizens of Florida.

For diversity jurisdiction to exist, the amount in controversy must exceed $75,000, exclusive of interest and costs. 28 U.S.C. §1332(a). Pratt & Whitney denies any liability in this action, and denies that Plaintiffs are entitled to any damages. Nevertheless, for jurisdictional purposes, the question is whether the Plaintiffs seek in excess of the jurisdictional threshold. Undersigned counsel wrote to Plaintiffs' counsel to confirm that the amount in controversy exceeds $75,000. A copy of the correspondence is attached hereto as **Exhibit C.** Plaintiffs counsel has not disputed that the amount in controversy exceeds $75,000.

Pratt & Whitney has met its burden of establishing diversity of citizenship and showing that the amount in controversy exceeds $75,000, supporting a finding of diversity jurisdiction.

        Respectfully submitted,

        GUNSTER, YOAKLEY & STEWART, P.A.
        777 South Flagler Drive, Suite 500 East
        West Palm Beach, FL 33401
        Telephone: 561-655-1980
        Facsimile: 561-655-5677
        Attorneys for Pratt & Whitney

By: <u>s/Gregor J. Schwinghammer, Jr.</u>
     G. JOSEPH CURLEY, ESQ.
     Florida Bar No. 571873
     jcurley@gunster.com
     GREGOR J. SCHWINGHAMMER, JR.
     Florida Bar No. 090158
     gschwinghammer@gunster.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2010, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/Gregor J. Schwinghammer, Jr.
                                          GREGOR J. SCHWINGHAMMER, JR.

## SERVICE LIST

**Magaly and Marcos Pinares v. United Technologies Corporation d/b/a Pratt & Whitney
Case Number _____
United States District Court, Southern District of Florida**

CRAIG R. ZOBEL, ESQ.
Florida Bar No. 56080
czobel@reidzobel.com
CRAIG R. ZOBEL, P.A.
PO BOX 3151
West Palm Beach, FL 33402
Telephone: 561-277-1819
Facsimile: 561-630-9666
Attorneys for Plaintiffs

SCOTT P. SCHLESINGER, ESQ.
Florida Bar No. 444952
scott@schlesingerlaw.com
SCHLESINGER LAW OFFICES, P.A.
1212 S.E. 3rd Avenue
Fort Lauderdale, FL 33316.
Telephone: 954-467-8800
Facsimile: 954-523-4803
Attorneys for Plaintiffs

G. JOSEPH CURLEY, ESQ.
Florida Bar No. 57187
jcurley@gunster.com
GREGOR J. SCHWINGHAMMER, JR.
Florida Bar No. 090158
gschwinghammer@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
Facsimile: 561-655-5677
Attorneys for Pratt &Whitney

WPB 1086012.1