## DECLARATION OF DUDLEY S. DANOFF, M.D., F.A.C.S.

### Renal Cell Carcinomas in Residents of
### The Acreage Community, Palm Beach County Florida

REF: CASE 10-80840-CIV-RYSKAMP/VITUNAC
      Joseph Adinolfe, et al. v. United Technologies Corporation
      d.b.a. PRATT & WHITNEY

REF: CASE 10-80883-CIV-RYSKAMP/VITUNAC
      Magaly Pinares and Marcos Pinares v. United Technologies Corporation
      d.b.a. PRATT & WHITNEY



EXHIBIT A

## DECLARATION OF DUDLEY S. DANOFF, M.D., F.A.C.S.

### Renal Cell Carcinomas in Residents of
### The Acreage Community, Palm Beach County Florida

Pursuant to 28 U.S.C. § 1746, I, Dudley Seth Danoff, declare as follows:

### INTRODUCTION

I attended Yale University School of Medicine where I specialized in the study and treatment of urinary system disorders. I am currently a practicing Urologic Surgeon at Cedars-Siani Medical Center, an Attending Urologic Surgeon for the Department of Surgery Urology, UCLA, an Attending Physician in Surgical Services for the U.S. Veterans Administration in Los Angeles, a Fellow with the American College of Surgeons, and a Diplomate with the American Board of Urology. I have also served as Urology Surgeon-In-Chief for the King of Thailand. I have practiced in the field of urology for over 40 years. In my work I have seen and treated many individuals suffering from kidney cancer and other types of cancer.

I have reviewed the pathology reports on Mrs. Magaly Pinares [1] and Mr. Paul Read [2] who each contracted kidney cancer while living in the same Palm Beach County, Florida, community known as The Acreage. Mr. Read is now deceased as a consequence of his illness. Mrs. Pinares is surviving but has had her left kidney surgically removed in treatment of her illness.

This report presents my findings and medical opinions concerning these cases of cancer. It also presents the basis for my conclusion that the kidney cancers of Mrs. Pinares and Mr. Read were caused by exposure to carcinogenic chemicals known to be present in the well water that they both consumed and were exposed to through other means in their community.

### RENAL CELL CARCINOMAS

Kidney cancer is an uncommon condition. According to the American Cancer Society, only 2-3% of all cancers diagnosed in the United States are kidney cancers. For instance, well over one million cancers were diagnosed nationwide in 2005, but of these only around 36,000 were kidney cancers [3]. Renal cell carcinoma is one type of kidney cancer and is the most frequently diagnosed type. However, this type makes up only a subset of the overall kidney cancers. In other words, while kidney cancer is uncommon, the group comprising renal cell carcinomas is somewhat less common. Clear cell is a particular variety or morphology of renal cell carcinoma. Only about 65% of renal cell carcinomas are found to have clear cell morphology [4], meaning that of the subset of kidney cancer patients who are found to have renal cell carcinoma, only about two-thirds of those individuals will also be found to have the clear cell variety. Unfortunately, renal cell carcinomas tend to be resistant to chemotherapy and radiotherapy, and there is a low survival rate for later stage cases.

Magaly Pinares and Paul Read were both diagnosed with tumors in their left kidneys, and these organs were then surgically removed and analyzed. The pathology reports on the kidneys of Mrs. Pinares [1] and Mr. Read [2] revealed that both were afflicted by renal cell carcinoma with clear cell morphology.

## CAUSATION

The occurrence of two very similar cases of renal cell carcinoma in two unrelated people living in the same community is suggestive of a shared environmental exposure to a carcinogen active in the human kidney. This variety of cancer is uncommon to begin with, and it is improbable that two unrelated individuals who lived in the same community would both develop this same expression of cancer purely at random and from unrelated causes. The most plausible explanation is that Mrs. Pinares and Mr. Read were both exposed to the same carcinogen or carcinogens present in their common environment, i.e., in The Acreage where they both lived.

The conclusion of causation by environmental exposure is supported by detection of trihalomethanes (THMs) in the groundwater that Mrs. Pinares and Mr. Read both used for drinking, bathing, washing, cooking and other purposes that would have caused them long-term chemical exposure. THMs are a group of organic chemicals that include chloroform and bromodichloromethane (BDCM).

The State of Florida classifies BDCM as a human carcinogen and describes its "Target Organs / Systems or Effects" as "Carcinogen - Kidney" [5]. A U.S. National Toxicology Program study also found clear evidence that BDCM exhibited carcinogenic activity in laboratory mice and rats, including increased incidences of renal carcinomas in kidneys [6]. BDCM is a genotoxic carcinogen [7], meaning it damages genetic material (DNA) in ways that cause cells to become cancerous. Consequently, long-term exposure to even very small concentrations of genotoxic carcinogens such as BDCM can cause cancer. At the same time, THMs such as BDCM and chloroform are known to be cytotoxic and can also contribute to cancer formation via non-genotoxic pathways.

The State of Florida classifies chloroform as a human carcinogen and systemic toxicant and describes its Target Organs / Systems or Effect as "Carcinogen - Liver" [5]. It should be kept in mind, however, that THMs can also cause tumors in organs other than those determined to be target organs. For example, a study conducted on a community in northern Italy where residents were supplied tap water containing THMs, notably chloroform, revealed elevated human mortality from a variety of cancers, including cancers of the urinary system, stomach, lung, and skin [8]. Various studies on laboratory animals have also found that ingestion of chloroform increases the incidence of renal tumors. See, e.g., [9, 10].

Furthermore, THMs can exhibit additive or enhancement effects that increase the risk of cancer in the presence of other chemicals. For instance, one study found that chloroform added to drinking water "greatly increased" the incidence of kidney tumors in male laboratory mice when dichloroacetic acid was also present in the water [11].

3

I was provided with results of tests conducted on groundwater samples taken directly from the water wells used by Mrs. Pinares [12] and Mr. Read [13]. These tests confirmed the presence of THMs. The water in Mrs. Pinares' well was found to have BDCM present at a concentration of 0.84 micrograms per liter ($\mu$g/L) and chloroform present at 4.3 $\mu$g/L. The water in Mr. Read's well was found to have chloroform also at the level of 4.3 $\mu$g/L. As these water samples were taken directly from the wellheads, these THM contaminants were in their well water before it was pumped from the ground.

Long-term exposure to these levels of the detected THM carcinogens is capable of causing renal cell carcinoma that afflicted Mrs. Pinares and Mr. Read. No other plausible mechanism for causation has been identified. It is my opinion and conclusion that exposure to the THM-contaminated groundwater was the most probable cause of their renal cell carcinomas.

Although I am not qualified to conclusively determine the origin of the THM carcinogens present in their groundwater, I have been provided with results from testing done in the 1980s on contaminated groundwater in the near-surface aquifer underlying a Pratt & Whitney industrial (P&W) facility located a few miles to the north and northwest of The Acreage community. Those test revealed what I consider to be staggeringly high levels of THMs in the groundwater at the P&W site, including 2,002 milligram/liter (mg/L) of BDCM and 1,160 mg/L of chloroform [14]. These concentrations are in milligrams per liter, not micrograms per liter. To put these values in perspective, the reported concentration of BDCM found in the P&W well was more than 3 million times higher than the current "Groundwater Cleanup Target Level" standard of 0.6 micrograms per liter for this chemical in Florida groundwaters [5]. (The BDCM found in Mrs. Pinares well water is also above this standard.) I understand that employees of this same P&W facility also experienced abnormally high levels of cancer around the time this groundwater contamination was identified [15]. I infer this was because the P&W facility was obtaining its drinking water from this same aquifer which its activities had contaminated with chloroform, BDCM and other other carcinogens. The THMs in the groundwater appear to have originated from solvents and other chemicals that were dumped, leaked or spilled at the P&W site. This shallow aquifer is the very same one from which residents of The Acreage community, including Mr. Pinares and Mr. Read, historically obtained their well water for drinking, washing and other domestic uses. As no other plausible explanation has been identified, I am led to conclude the P&W facility is the source of the THM carcinogens in the groundwater underlying this community and which caused the renal cell carcinomas that have afflicted Mrs. Pinares and Mr. Read.

News reports indicate other residents of The Acreage community have suffered abnormally high incidences of tumor development, including numerous brain tumors in children [16]. This is also indicative, in my estimation, of a common environmental exposure to carcinogens. These cases may also be traceable to THM exposure associated with groundwater contamination in the aquifer used by this community. However, I have not reviewed the medical records of these other individuals, and as a urology specialist I have limited my investigation to cancers of the urinary system, which includes the kidneys.

CONCLUSION

After reviewing the relevant records, it is my professional opinion, based on a reasonable degree of medical probability and certainty, that the renal cell carcinomas that afflicted Magaly Pinares and Paul Read were both caused by long-term exposure to the THM carcinogens which are known to cause renal tumors and which are known to be present in their well water.

Because long-term exposure to THM carcinogens can cause irreversible genetic damage, I expect the cancer rate (including kidney cancer) in The Acreage community to increase in the coming years as more residents there begin manifesting cancers from the genetic damage that has already occurred due to past exposures to this contaminated groundwater. This will be the case even if all residents completely stopped using the contaminated groundwater or even if the groundwater were completely cleansed (remediated) to remove all of the carcinogens that are currently present there. Some genetic damage has already been done; it just has not yet revealed itself to all of the people who will develop cancer from past exposure to these chemicals.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing opinions and statements are true and correct.

_____
Dudley Seth Danoff, M.D., F.A.C.S.

Dated: April 15, 2011

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

Sworn to and subscribed before me this 15 day of April, 2011, by Dudley Seth Danoff, M.D. PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON WHO APPEARED BEFORE ME.

Robert A. Morris

ROBERT A. MORRIS
Commission # 1816357
Notary Public - California
Los Angeles County
My Comm. Expires Oct 24, 2012

Notary Seal:

Personally Known ___ or Produced Identification ✓ (Type of Identification  CDL  )

## REFERENCES

[1] Pathology Report on the left kidney of Magaly Pinares, Wellington Medical Center, November 3, 2006.

[2] Final Pathology Report on the left kidney of Paul M. Read, Surgical Pathology, Result date May 12, 2009.

[3] The statistics cited from the American Cancer Society are also available on the website of the Kidney Cancer Association.

[4] Department of Urology, James Buchanan Brady Foundation, *Kidney Cancer - General Information, Renal Cell Carcinoma (RCC)*, Cornell University, Joan and Sanford I. Weill Medical College.

[5] Table 1, Chapter 62-777, Florida Administrative Code.

[6] National Toxicology Program, Technical Report on the Toxicology and Carcinogenesis Studies of Bromodichloromethane (CAS No. 75-27- 4) in F344/N Rats and B6C3F1 Mice (Gavage Studies). NTP Tech. Report Series No. 321. U.S. Dept. Health and Human Services, Public Health Service, National Institute of Health, 1987.

[7] Health Council of the Netherlands. Bromodichloromethane: Evaluation of the Carcinogenicity and Genotoxicity. The Hague: Health Council of the Netherlands, Publication No. 2007/05OSH, December 12, 2007.

[8] Fantuzzi, Vinceti M., Monici, L., Cassinadri, M., Predieri, G., and Aggazzotti, G., *A Retrospective Cohort Study of Trihalomethane Exposure Through Drinking Water and Cancer Mortality in Northern Italy*, Sci. Total Environ. 330(1-3):47-53 (September 1, 2004).

[9] Dunnick, J.K., Melnick, R.L., *Assessment of the Carcinogenic Potential of Chlorinated Water: Experimental Studies of Chlorine, Chloramine, and Trihalomethanes*. J.Natl.Cancer. Inst. 85(10):817-822, May 19, 1993.

[10] National Cancer Institute, *Report on Carcinogenesis Bioassay of Chloroform*, Bethesda, MD: Carcinogenesis Program, National Cancer Institute, CAS No. 67-66-3, March 1, 1976.

[11] Pereira, Michael A., Kramer, Paula A., Conran, Philip B. and Tao, Lianhui, *Effect of Chloroform on Dichloroacetic Acid and Trichloroacetic Acid- Induced Hyopmtheylation and Expression of the c-myc Gene and on their Proption of Liver and Kidney Tumors in Mice*, Carcinogenesis (2001) 22(9):1511-1519.

[12] Advanced Environmental Laboratories, Inc., Analytical Results for Water Samples from the Groundwater Wells of Magaly Pinares, Sample collected June 9, 2010, Lab ID M1000751001, Sample ID SFH.

[13] Advanced Environmental Laboratories, Inc., Analytical Results for Water Samples from the Groundwater Wells of Paul Read, sample collected October 27, 2010, Lab ID M1001632002, Sample ID 11160.

[14] *Preliminary Health Assessment, Pratt and Whitney Aircraft / United Technologies, Palm Beach County, Florida*, Florida State Health Office, Department of Health and Rehabilitative Services, Table 1, October 1988 (prepared for the Toxic Substances and Disease Registry).

[15] Malek, M., *Acreage Cluster Evokes Memories of 1980s Cancer Mystery at Pratt*, the Palm Beach Post, April 10, 2010.

[16] Malek, M., *New Data Confirms Acreage Cancer Cluster; Health Officials Puzzled on Cause of Children's Ailments*, The Palm Beach Post, February 1, 2010.