Case 9:10-cv-80883-KAM  Document 459-2  Entered on FLSD Docket 03/14/2019  Page 1 of 3

# SUPPLEMENTAL DECLARATION OF
# DUDLEY S. DANOFF, M.D., F.A.C.S.

REF: CASE 10-80840-CIV-RYSKAMP/VITUNAC

    Joseph Adinolfe, et al. v. United Technologies Corporation
    d.b.a. PRATT & WHITNEY

REF: CASE 10-80883-CIV-RYSKAMP/VITUNAC

    Magaly Pinares and Marcos Pinares v. United Technologies
    Corporation d.b.a. PRATT & WHITNEY



EXHIBIT B

## SUPPLEMENTAL DECLARATION OF
## DUDLEY S. DANOFF, M.D., F.A.C.S.

Pursuant to 28 U.S.C. § 1746, I, Dudley Seth Danoff, declare as follows:

1. In my initial Report on Renal Cell Carcinomas in Residents of The Acreage Community, Palm Beach County Florida, I stated my professional opinion that "the cancer rate (including kidney cancer) in The Acreage community [will] increase in the coming years as more residents there begin manifesting cancers from the genetic damage that has already occurred due to past exposures" to trihalomethanes [THMs] that have contaminated their groundwater.

2. In the brief period that has passed since I prepared that Report, another resident of that community has been diagnosed with kidney cancer. Part of the left kidney of Nancy Moral was surgically removed in June 2011. She was 51 years old at the time. I reviewed the Operative Report and Surgical Pathology Report on Ms. Moral's kidney. Copies are attached to this Supplemental Declaration. The Pathology Report revealed the cancer that afflicted Mrs. Moral to be the very same type of renal carcinoma with clear cell morphology that afflicted Magaly Pinares and Paul Read (now deceased).

3. My April 2011 Report also explained that "the occurrence of two very similar cases of renal cell carcinoma in two unrelated people living in the same community is suggestive of a shared environmental exposure to a carcinogen active in the human kidney. This variety of cancer is uncommon to begin with, and it is improbable that two unrelated individuals who lived in the same community would both develop this same expression of cancer purely at random and from unrelated causes." A third incidence of the very same uncommon type of cancer strongly reinforces this conclusion.

4. Based on this development, it is my professional opinion that there is a cancer cluster in The Acreage community related to (at least) renal carcinomas. It is also my professional opinion, based on a reasonable degree of medical probability and certainty, that all three kidney cancers thus far identified in Acreage residents (Ms. Pinares, Mr. Read, and Ms. Moral) were caused by long-term exposure to the THM carcinogens which are known to cause kidney tumors and which are known to be present in the groundwater used by Acreage residents for drinking, cooking, bathing and other uses.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing opinions and statements are true and correct.

_____
Dudley Seth Danoff, M.D., F.A.C.S.

Dated: November 8, 2011

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

Sworn to and subscribed before me this 08 day of November, 2011, by Dudley Seth Danoff, M.D. PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON WHO APPEARED BEFORE ME

Notary Seal: 
ROBERT A. MORRIS
Commission # 1816357
Notary Public - California
Los Angeles County
My Comm. Expires Oct 24, 2012

Robert A. Morris

Personally Known ___ or Produced Identification ✓ (Type of Identification __CDL__ )