UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 10-cv-80883-MARRA

MAGALY PINARES et al.,

Plaintiffs,

v.

UNITED TECH. CORP., Pratt
& Whitney Group, a Connecticut
Corporation,

Defendant.
_____/

### ORDER CORRECTING THE SUMMARY JUDGMENT ORDER (DE 514)

This cause is before the Court *sua sponte* pursuant to Fed. R. Civ. P. 60(a), to correct a clerical mistake in the Order on Summary Judgment entered on October 8, 2019 [DE 514].

The Court hereby corrects, in part, paragraph one of the Conclusion of the Summary Judgment order to read:

*The Court **GRANTS SUMMARY JUDGMENT AS TO COUNTS I, II, III AND V OF THE FOURTH AMENDED COMPLAINT** as those counts relate to claims for personal injury. The Court **RESERVES RULING ON SUMMARY JUDGMENT AS TO COUNT IV OF THE FOURTH AMENDED COMPLAINT.***

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of November, 2019.

_____
KENNETH A. MARRA
United States District Judge