UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 10-cv-80883-MARRA

MAGALY PINARES et al.,

Plaintiffs,

v.

UNITED TECH. CORP., Pratt
& Whitney Group, a Connecticut
Corporation,

Defendant.
_____/

**FINAL JUDGMENT**

Based on the previously entered Order granting summary judgment for Defendant on Counts I, II, III and V of Plaintiffs' Fourth Amended Complaint (DE 514; DE 520), and the filing by Plaintiffs of their Fifth Amended Complaint which eliminated Count IV of the Fourth Amended Complaint, summary judgment is hereby entered on behalf of Defendant United Technologies Corporation, d/b/a Pratt & Whitney on Counts I, II, III and IV of Plaintiffs' Fifth Amended Complaint, and against Plaintiff, Marcos Pinares, as Personal Representative of the Estate of Magaly Pinares, on behalf of the Estate, and Plaintiff shall take nothing in this action.

The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of November, 2019.

_____
KENNETH A. MARRA
United States District Judge