UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 10-cv-80883-MARRA

MAGALY PINARES et al.,

Plaintiffs,

v.

RAYTHEON TECHNOLOGIES CORPORATION,
Pratt & Whitney Group, a Connecticut Corporation,

Defendant.
_____/

## ORDER

Oral argument on the pending summary judgment motion (DE 539) shall take place on **Friday, March 3, 2023 at 2:00 p.m.** before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 4, West Palm Beach, Florida.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of January, 2023.

KENNETH A. MARRA
United States District Judge