**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 10-80883-CIV-MARRA

(*Consolidated Action: Lead Case*)

MAGALY PINARES, et al.,

    Plaintiffs,

vs.

RAYTHEON TECHNOLOGIES CORPORATION,
Pratt & Whitney Group, a Connecticut Corporation

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION TO CHANGE**
**PARTY NAME AND CASE STYLE AFTER CORPORATE NAME CHANGE**

Defendant, Raytheon Technologies Corporation, d/b/a Pratt & Whitney ("Raytheon"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, moves to change the name of the Defendant to RTX Corporation, d/b/a Pratt & Whitney ("RTX") in place of Raytheon as a Party Defendant in this action, and states:

    1.    On July 17, 2023, Raytheon Technologies Corporation changed its name to RTX Corporation by filing an Amendment of Amended and Restated Certification of Incorporation of Raytheon Technologies Corporation with the Delaware Secretary of State.

    2.    As a result of this filing with the Delaware Secretary of State, Defendant requests that the name of defendant Raytheon Technologies Corporation in the case caption be changed to RTX Corporation.

    WHEREFORE, Defendant Raytheon requests that the Court enter an Order substituting RTX Corporation in place of Raytheon as a Party Defendant in this action, as set forth above, and for such other and further relief as determined to be appropriate.

## CERTIFICATE OF GOOD FAITH CONFERENCE; PLAINTIFFS DO NOT OPPOSE THE REQUESTED RELIEF

Pursuant to Southern District of Florida Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues.  Plaintiffs do not oppose the relief requested.

Dated:  September 26, 2023

Respectfully submitted,

/s:/ Gregor J. Schwinghammer, Jr.
GREGOR J. SCHWINGHAMMER, JR.
Florida Bar No. 090158
gschwinghammer@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980

and

SEAN W. GALLAGHER
*Pro Hac Vice*
sean.gallagher@bartlitbeck.com
ANDREW C. MACNALLY
*Pro Hac Vice*
andrew.macnally@bartlitbeck.com
DANIEL R. MCELROY
*Pro Hac Vice*
daniel.mcelroy@bartlitbeck.com
ALEX GRODEN
*Pro Hac Vice*
alex.groden@bartlitbeck.com
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Telephone:  312-494-4400

*Attorneys for Defendant United Technologies Corporation (Pratt & Whitney)*

ACTIVE 19738800.1